FILED: February 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1033 (L)
(3:25-cv-00857-DJN)
_____

NOVA DISTRO, INC.; TOBACCO HUT AND VAPE FAIRFAX, INC.

      Plaintiffs - Appellees

v.

VIRGINIA ATTORNEY GENERAL JAY JONES, in his official capacity; VIRGINIA TAX COMMISSIONER JAMES JOSEPH ALEX, in his official capacity

      Defendants - Appellants

_____

No. 26-1075
(3:25-cv-00857-DJN)
_____

NOVA DISTRO, INC.; TOBACCO HUT AND VAPE FAIRFAX, INC.

      Plaintiffs - Appellants

v.

VIRGINIA ATTORNEY GENERAL JAY JONES, in his official capacity; VIRGINIA TAX COMMISSIONER JAMES JOSEPH ALEX, in his official

capacity

    Defendants - Appellees

_____

O R D E R

_____

  Upon consideration of the submission relative to appellants' motion for stay pending appeal, the court grants the motion. Further, for reasons appearing to the court, this case is placed in abeyance pending a decision in *Vapor Technology Association v. Wooten*, No. 25-1745.

  Entered at the direction of Judge Quattlebaum with the concurrence of Chief Judge Diaz and Judge Heytens.

            For the Court

            /s/ Nwamaka Anowi, Clerk