FILED: March 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1033 (L)
(3:25-cv-00857-DJN)

_____

NOVA DISTRO, INC.; TOBACCO HUT AND VAPE FAIRFAX, INC.

      Plaintiffs - Appellees

v.

VIRGINIA ATTORNEY GENERAL JAY JONES, in his official capacity; VIRGINIA TAX COMMISSIONER JAMES JOSEPH ALEX, in his official capacity

      Defendants - Appellants

_____

No. 26-1075
(3:25-cv-00857-DJN)

_____

NOVA DISTRO, INC.; TOBACCO HUT AND VAPE FAIRFAX, INC.

      Plaintiffs - Appellants

v.

VIRGINIA ATTORNEY GENERAL JAY JONES, in his official capacity; VIRGINIA TAX COMMISSIONER JAMES JOSEPH ALEX, in his official capacity

      Defendants - Appellees

## O R D E R

The court denies appellees' petition for rehearing, or rehearing en banc on the order granting motion to stay. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Diaz, Judge Quattlebaum, and Judge Heytens.

.

For the Court

/s/ Nwamaka Anowi, Clerk